■ In the Matter of CITY OF WATERTOWN, Petitioner, v TOWN BOARD OF TOWN OF PAMELIA, Respondent. (Proceeding

No. 2.) [673 NYS2d 964] —Determination unanimously annulled on the law without costs and petition granted. Same Memorandum as in *Matter of City of Watertown v Town Bd.* (251 AD2d 1073 [decided herewith]). (CPLR art 78 Proceeding Transferred by Order of Appellate Division, Fourth Department, Pursuant to General Municipal Law art 17.) Present—Green, J. P., Pigott, Jr., Callahan and Balio, JJ.